# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| ROSIE-LEE ANTOINETTE BRYANT ) | Case No. 18-10777-KHK |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

## ORDER HOLDING DEBTOR IN CONTEMPT

Upon consideration of the Trustee's Motion for Entry of Order to Show Cause to the Debtor for Failure to Comply with Subpoena (the "Show Cause Motion") (Docket No. 48), filed by Janet M. Meiburger, Chapter 7 Trustee in the above-captioned case, the Court finds as follows:

1. A hearing was held on the Show Cause Motion on July 17, 2018. The Debtor appeared and testified at that hearing.

2. Thereafter, the Court entered an Order for Debtor to Appear and Show Cause Why She Should Not be Held in Contempt (Docket No. 52) (the "Show Cause Order"). The Show Cause Order required the Debtor to allow access to the real property located at 982 Old Holly Drive, Great Falls, Virginia 22066 (the "Property") to the Trustee and her agents on or before August 31, 2018. If the Debtor failed to comply, the Show Cause Order required the Debtor to appear before the Court on September 4, 2018 and show cause why she should not be held in contempt.

_____
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to the Chapter 7 Trustee

3. At the hearing on September 4, 2018, the Trustee represented to the Court that she has been unable to obtain access to the Property. The Debtor's counsel appeared and represented to the Court that the Debtor is in Nigeria. The Debtor did not appear.

NOW THEREFORE, it is

ORDERED that the Court finds the Debtor to be in contempt of court for failing to comply with the Subpoena issued by the Trustee for inspection of the Property, failing to provide access to the Property to the Trustee and her agents by August 31, 2018, and failing to appear at the September 4, 2018 hearing; and it is further

ORDERED that the Trustee is authorized to change the locks to the Property; and it is further

ORDERED that the Debtor shall have no further access to the Property except with the written consent of the Trustee or pursuant to further order of this Court.

Date: Sep 7 2018

/s/ Klinette Kindred

U.S. Bankruptcy Judge

Entered on Docket: September 7, 2018

2

I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871


SEEN:


/s/ Michael J.O. Sandler
Michael J.O. Sandler, Esq., VSB No. 46443
Fisher-Sandler, LLC
12801 Darby Brooke Court, Suite 201
Woodbridge, VA 22192
Phone: (703) 967-3315
*Counsel for the Debtor*

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Holding Debtor in Contempt has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

Rosie-Lee Antoinette Bryant
982 Old Holly Drive
Great Falls, Virginia 22066

5

//mnt/orders/Attachments/doctopdf/alldocs/18-10777~20180905064852223.doc