IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **In re:** | |
| **ROSIE-LEE ANTOINETTE BRYANT,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 18-10777-KHK** |
| **SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15,** | |
| **MOVANT,** | |
| vs. | |
| **ROSIE-LEE ANTOINETTE BRYANT and JANET M. MEIBURGER, TRUSTEE,** | |
| **RESPONDENTS.** | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 (ªMovantº), upon the argument of counsel and the Court finding grounds to grant the Motion; it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **982 Old Holly Dr, Great Falls, VA 22066-1325** and more particularly described as follows:

THE FOLLOWING DESCRIBED PROPERTY, SITUATED, LYING AND BEING IN FAIRFAX COUNTY, VIRGINIA, TO WIT:

LOT 72, SECTION 11B, HOLLY KNOLL, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 6087, AT PAGE 1039, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA.

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 73248
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 61397

**BEING THE SAME PROPERTY CONVEYED TO ROSIE-LEE ANTOINETTE BRYANT BY DEED FROM CHERYL RENETTE BRYANT AND CHARLES GYUNDE BRYANT III RECORDED 01/03/2006 IN DEED BOOK 18095 PAGE 1157, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED: Oct 19 2018

/s/ Klinette Kindred

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**
October 19, 2018

I ask for this:
By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15

Case No. 18-10777-KHK

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Janet M. Meiburger
Chapter 7 Trustee
1493 Chain Bridge Road
Suite 201
McLean, VA 22101

Case No. 18-10777-KHK

Nathan A. Fisher
Counsel for Debtor
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Rosie-Lee Antoinette Bryant
Debtor
982 Old Holly Drive
Great Falls, VA 22066