**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_____

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROSIE-LEE ANTOINETTE BRYANT | ) | Case No. 18-10777-KHK |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

_____)

### **REPORT OF SALE**

Janet M. Meiburger, the Trustee herein, reports that she has sold the property of the Debtor located at 982 Old Holly Drive, Great Falls, Virginia 22066 pursuant to the Order Granting Trustee's Motion to Approve the Sale to the Debtor of the Bankruptcy Estate's Interest in the Real Property Located at 982 Old Holly Drive, Great Falls, Virginia 22066 (Docket No. 66).

The Buyer was the Debtor, Rosie-Lee Antoinette Bryant. The net proceeds to the estate were $10,000.00.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: December 28, 2018

By: /s/ Janet M. Meiburger
_____
    Janet M. Meiburger, Esq., VSB No. 31842
    The Meiburger Law Firm, P.C.
    1493 Chain Bridge Road, Suite 201
    McLean, Virginia 22101
    (703) 556-7871
    Counsel to Chapter 7 Trustee

_____

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 28th day of December, 2018, a true and correct copy of the

foregoing Report of Sale will be served by ECF e-mail pursuant to the applicable Standing Order

of the Court.

　　　　　　　　　　　　　 /s/ Janet M. Meiburger_____
　　　　　　　　　　　　　Janet M. Meiburger

J:\Trustee\Bryant, Rosie-Lee Antoinette (18-10777)\Pleadings\Report of Sale.1.doc